**RECEIVED**

OCT 1 2 2006

CLERK, U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE: )
)
) BK- 93-11217-NLJ
Debtor.  Denton, Lola Faye ) Chapter 7

### PAYMENT OF UNCLAINED FUNDS TO THE CLERK
### PURSUANT TO BANKRUPTCY RULE 3011

The trustee reports that all orders of the Court have been complied with and that pursuant to the Order Authorizing Payment of Dividends and Compensation and Expenses of the Trustee, all checks have been issued and mailed to creditors at their last known addresses.

The following checks have not been presented for payment within the prescribed time limit (90 days).  Accompanying this report is a check payable to the Clerk of the Court for the total amount, in accordance with Rule 3011 of the Federal Rules of Bankruptcy Procedure.

| Claim | Check | Payee/Address | Amount |
|---|---|---|---|
| 2 | 2002 | United Bankcard, Inc. | $266.86 |
| 3 | 2003 | United Bancard | $362.56 |
| 5 | 2006 | Robert Bourke | $54.72 |
| 11 | 2009 | Beckham Co. Economic Development | $7,907.62 |
| 12 | 2010 | Beckham Co. Economic Development | $276.26 |
| 14 | 2011 | Universal Card Service | $157.32 |
| 15 | 2012 | Chuck Denton | $262.08 |
| 16 | 2013 | Bank One Columbus, NA | $52.49 |
| 18 | 2014 | Nancy Davis/Davis Sign Co. | $37.45 |
|  |  | TOTAL | $9,377.36 |

Dated:                                    By: _____
                                          KENNETH L. SPEARS, Trustee
                                          P. O. Box 684
                                          Oklahoma City, OK 73101
                                          (405) 236-1503